**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7600**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JIMMIE DARION STANLEY, a/k/a Big Worm,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:06-cr-01001-TLW-1)

_____

Submitted:  April 21, 2011       Decided:  April 26, 2011

_____

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jimmie Darion Stanley, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmie Darion Stanley seeks to appeal the extent of the district court's reduction of his sentence pursuant to the Government's Rule 35(b) motion. Under 18 U.S.C. § 3742 (2006) this court does not have "jurisdiction to review the extent of the district court's downward departure." United States v. Hill, 70 F.3d 321, 324 (4th Cir. 1995). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED